UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| JOHN B PEGRAM, | **STIPULATION OF DISMISSAL** <u>**WITH PREJUDICE**</u> |
| Plaintiff, | |
| v. | Civil Action No. 25-cv-4587 |
| U.S. DEPARTMENT OF TRANSPORTATION | (Eshkenazi, M.J.) |
| Defendants. | |

------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), but without prejudice to any future FOIA requests by Plaintiff and with each party to bear its own costs, expenses, and fees.

Dated: Brooklyn, New York
       December 18, 2025

JOHN B. PEGRAM, *PRO SE*

496 1st Street
Brooklyn, New York 11215

By:   */s/ John B. Pegram*
      John Braxton Pegram, Esq.
      (718) 499-8000
      jbpegram@earthlink.net

Dated: Brooklyn, New York
       December 18, 2025

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendant*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By:   */s/Omar J. Siddiqi*
      Omar J. Siddiqi
      Assistant U.S. Attorney
      (718) 254-6198
      Omar.Siddiqi@usdoj.gov